FILED
CLERK, U.S. DISTRICT COURT

SEP 21 2016

CENTRAL DISTRICT OF CALIFORNIA
BY              DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARUE ZAMORANO,<br><br>　　　　　Petitioner,<br><br>　v.<br><br>CYNTHIA Y. TAMPKINS, Warden,<br><br>　　　　　Respondent. | Case No. CV 16-5184 DDP (SS)<br><br>**JUDGMENT** |

　　　Pursuant to the Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

　　　IT IS HEREBY ADJUDGED that the above-captioned action is dismissed without prejudice.

DATED: 9/21/16

　　　　　　　　　　　　　　　　　　　/s/ Dean D. Pregerson
　　　　　　　　　　　　　　　　　　　DEAN D. PREGERSON
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE